# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND   20770  
301-344-0052

## M E M O R A N D U M

TO:          Counsel of Record

FROM:       Judge Roger W. Titus

RE:          *The Recreation and Welfare Association of the National Institutes of Health v. Creative Internet Marketing Inc., et al.*  
Civil No. RWT 14-2580

DATE:       February 24, 2015

\* \* \* \* \* \* \* \*

I have today issued the Court's standard form of Scheduling Order.

I want to be certain that counsel consider quite carefully the availability of early mediation services by a Magistrate Judge of this Court, and the desirability of consent to all further proceedings by a Magistrate Judge. These are options that should be carefully considered, and I urge all parties to do so.

The issuance of the Scheduling Order authorizes the initiation of discovery, and I want to be certain that all counsel are aware of the obligations imposed upon them as part of the discovery process. I urge all counsel to review carefully the decision of then Chief Magistrate Judge (now United States District Judge) Paul Grimm in the case of *Mancia v. Mayflower Textile Services Co.,* 253 F.R.D. 354 (D. Md. 2008). The following is a link to the decision for your convenience:

http://www.mdd.uscourts.gov/Opinions/Opinions/Mancia%20v.%20Mayflower_Opinion_10.15.08.pdf

If counsel read this decision and apply the rules in accordance with that decision, it is quite likely that the level of discovery disputes, if any, will be reduced appreciably.

The parties should confer with each other on the nature and extent of discovery that may be required in this case, with a view towards minimizing wasteful and unnecessary discovery. Any concerns regarding the dates set forth in the Scheduling Order or the scope of discovery should be raised by counsel respectively in the status report or a motion.

Despite the informal nature of this memorandum, it shall constitute an Order of ourt and be docketed accordingly.

/s/
Roger W. Titus
United States District Judge